CARL PICKERING *v.* TOWN OF WINDSOR ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 37 Conn. App. 901 (AC 12803), is granted, limited to the following issue:

"Under the circumstances of this case, was the trial court correct in allowing into evidence two misdemeanor convictions of the plaintiff?"

The Supreme Court docket number is SC 15250.

*A. Paul Spinella,* in support of the petition.

Decided April 24, 1995

STATE OF CONNECTICUT *v.* MICHAEL ANDERSON

STATE OF CONNECTICUT *v.* WILLIAM ANDERSON, SR.

STATE OF CONNECTICUT *v.* WILLIAM ANDERSON, JR.

The defendants' petition for certification for appeal from the Appellate Court, 37 Conn. App. 902 (AC 13052), is denied.

*James W. Cummings,* in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided April 24, 1995

CONNECTICUT RESOURCES RECOVERY AUTHORITY ET AL. *v.* FREEDOM OF INFORMATION COMMISSION ET AL.

The petition of the petitioner Ethan Book, Jr., for certification for appeal from the Appellate Court is dismissed.

*Ethan Book, Jr.,* pro se, in support of the petition.

Decided May 1, 1995